NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TERRIS R. JONES, SR.,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**
*Respondent-Appellee*

---

2024-1375

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 22-6388, Senior Judge Mary J. Schoelen.

---

**O R D E R**

Upon consideration of Terris R. Jones, Sr.'s failure to file an opening brief in this matter by the deadline set forth in this court's order dated April 4, 2024, ECF No. 10,

IT IS ORDERED THAT:

2                                                    JONES v. MCDONOUGH


   The appeal is dismissed for failure to prosecute in accordance with Federal Circuit Rule 31(d). Any pending motions are denied as moot.

FOR THE COURT


Jarrett B. Perlow
Clerk of Court

May 21, 2024
    Date